FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:05CR258-F |
| v. ) | [18 USC 922(g)(1)] |
| ) | |
| JASON JERNIGAN ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 6th day of December, 2004, in Luverne, Alabama, within the Middle District of Alabama,

JASON JERNIGAN,

defendant herein, having been convicted of Theft of Property I and Burglary III, both felony offenses for which he was sentenced to serve two years on probation by the Circuit Court of Crenshaw County on April 4, 1997, did knowingly possess, in and affecting commerce, a firearm, to wit: a Century, Model R1694X Carbine Rifle, serial number M44003280, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 5th day of January, 2005, in Luverne, Alabama, within the Middle District of Alabama,

JASON JERNIGAN,

defendant herein, having been convicted of Theft of Property I and Burglary III, both felony offenses for which he was sentenced to serve two years on probation by the Circuit Court of Crenshaw County on April 4, 1997, did knowingly possess, in and affecting commerce, a firearm, to wit: a Hi-Point, Model CF 380, .380 pistol, serial number P816374, in violation of Title 18, United States

Code, Section 922(g)(1).

## COUNT 3

On or about the 18th day of February, 2005, in Luverne, Alabama, within the Middle District of Alabama,

JASON JERNIGAN,

defendant herein, having been convicted of Theft of Property I and Burglary III, both felony offenses for which he was sentenced to serve two years on probation by the Circuit Court of Crenshaw County on April 4, 1997, did knowingly possess, in and affecting commerce, two firearms, to wit: a Hi-Point, Model 40HPC/B, .40 caliber rifle, serial number H03869; and a Hi-Point, Model 9HPC/B, 9mm rifle, serial number B65194, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney

2