AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

UNITED STATES OF AMERICA

## V.

**WARRANT FOR ARREST**

JASON JERNIGAN
650 JACKSON TRAIL
HONORAVILLE, AL 36042

Case
Number:    2:05CR258-F

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        __JASON JERNIGAN__
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    Supervised Release Violation Petition    Violation Notice

charging him or her with    (brief description of offense)

UNLAWFUL TRANSPORT OF FIREARMS (3 Counts)

in violation of Title    __18__    United States Code, Section(s)    __922(g)(1)__

__DEBRA P. HACKETT__                                        _[signature]_                        __11/16/05__
Name of Issuing Officer                          Signature of Issuing Officer - DEPUTY CLERK        DATE

__CLERK OF COURT__                                        __MONTGOMERY, ALABAMA__
Title of Issuing Officer                                        Date and Location

Bail fixed at $    __to be set at initial appearance__            __BY  U.S. MAGISTRATE JUDGE__
                                                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |