COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√ INITIAL APPEARANCE                     DATE:   11/22/05
❒ BOND HEARING
❒ DETENTION HEARING                      DIGITAL Recording : 3:54 - 4:11
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO.**   2:05cr258-F                          **DEFENDANT NAME:** Jason Jernigan
**AUSA:**  Karl David Cooke, Jr.                    **DEFT. ATTY:**  Christine Freeman
                                                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD

**PTSO:** Ron Thweatt                               **USPO:** _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present   (√ ) NO; ( ) YES        Name:
_____

| | | |
|---|---|---|
| √ | | Date of Arrest **11/22/05**  or ❒ Arrest Rule 40 |
| √ | | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | | Deft First Appearance with Counsel |
| ❒ | | Deft. First Appearance without Counsel |
| ❒ | | Requests appointed Counsel |
| √ | | Financial Affidavit executed  √  *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | | Deft. Advises he will retain counsel.  Has retained |
| ❒ | | ❒ Government's ORAL  Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | | Detention Hearing ❒ held; ❒set for |
| ❒ | | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | | Release order entered.  Deft advised of conditions of release |
| √ | | **BOND EXECUTED (M/D AL charges)** $. 25,000 |
| ❒ | | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ❒ | | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | | Deft. ORDERED REMOVED to originating district |
| ❒ | | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | | **ARRAIGNMENT** √ HELD. Plea of NOT GUILTY entered. ❒ Set for |
| √ | | **DISCOVERY DISCLOSURE DATE:**  29 November 2005 |
| ❒ | | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | | **WAIVER of Speedy Trial.   CRIMINAL TERM:** To be discussed further w/assigned Magistrate in the case |

ORAL Motion to Withdraw Motion for Detention