IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
v.                              )            2:05cr258-F
                                )
JASON JERNIGAN                  )


## ORDER

For good cause, it is

ORDERED that the oral motion to withdraw the government's motion for detention hearing entered by the government during the initial appearance and arraignment held 22 November 2005, is GRANTED. Thus, the Motion for Detention Hearing (Doc. #4), filed on 22 November 2005 is DENIED as moot.

DONE this 28th day of November 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE