IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-258-F |
| ) | |
| JASON JERNIGAN ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Anne E. Borelli, and enters her appearance on behalf of Defendant, Jason Jernigan, in the above-styled case.

Dated this 6th day of December 2005.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli_@fd.org
AL Bar Code: BOR -016

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:05-cr-258-F |
| | ) | |
| **JASON JERNIGAN** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                Respectfully submitted,

                                                s/ Anne E. Borelli
                                                ANNE E. BORELLI
                                                Assistant Federal Defender
                                                201 Monroe Street, Suite 407
                                                Montgomery, Alabama 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                E-mail:anne_borelli@fd.org
                                                AL Bar Code: BOR 016