IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr258-LSC |
| | ) | |
| JASON JERNIGAN | ) | |

## **ORDER**

For good cause, it is

ORDERED that the initial pretrial conference presently set for January 20, 2006, be and is hereby RESET to **January 3, 2006, at 1:00 p.m.** in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.  Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an order to produce can be issued to the United States Marshal.  It is further

ORDERED that all applicable deadlines contained in the prior arraignment order be and are hereby adjusted accordingly, **including the deadline for filing dispositive motions.**

Done this 9th day of December, 2005.

          /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE