IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 2:05-cr-258-F |
| JASON JERNIGAN | ) |
| | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, <u>JASON JERNIGAN</u>, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

<u>12-28-05</u>
DATE

<u>Jason Jernigan</u>
DEFENDANT

<u>Anne E Borelli</u>
ATTORNEY FOR DEFENDANT