| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 1:11 - 1:12 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Charles S. Coody | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr258-LSC | **DEFENDANT(S)** Jason Jernigan |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Anne Elisabeth Borelli |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
   Defendant has filed motions to extend time to file pretrial motions and to continue trial

☐ **PLEA STATUS:**
   Negotiations on going - not sure at this point

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**