## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | )   Case No. 2:05CR258-LSC |
| | ) |
| **JASON JERNIGAN** | ) |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on January 3, 2006 before the undersigned Magistrate Judge. Present at this conference was the Honorable Anne E. Borellie, counsel for the defendant, and Assistant United States Attorney Kent Brunson, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **February 13, 2006**. The trial of this case is set for the trial term commencing on **February 13, 2006** before United States District Judge L. Scott Coogler and is expected to last two trial days.

2. The following motions are currently pending: *Defendant's Unopposed Motion to Continue Trial*; *Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions*.

3. Proposed voir dire questions shall be filed on or before **February 6, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **February 6, 2006**. Motions in

Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

     5.  Proposed jury instructions shall be filed on or before **February 6, 2006.**

     6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is **February 6, 2006.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **February 13, 2006.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **February 13, 2006**, as to all defendants, even though a particular guilty plea was not accepted by the court.

     Done this 6th day of January, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE