_____IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.:  2:05-CR-258-F |
| | ) | |
| JASON JERNIGAN | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, **JASON JERNIGAN**, by and through undersigned counsel and pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (B) and (h)(8)(A) and (B)(i) and (iv), and files this Unopposed Motion to Continue Trial, requesting that the Court find that the ends of justice would be served by granting a continuance of the trial of this case from the February 13, 2006, trial docket to the June 5, 2006, trial docket.

In support of this motion, Mr. Jernigan would show the following:

1.    Counsel for the prosecution does not oppose this motion.

2.    This case is set for trial on February 13, 2006.

3.    Pursuant to the arraignment order, and because of court holidays, pretrial motions are due by December 30, 2005.

4.    The Assistant United States Attorney assigned to this case is currently out of the office and will not return until January 4, 2006.

5.    Negotiations may make pretrial motions unnecessary.

6.    Alternatively, several meritorious motions may be possible in this case, concerning a defect in the indictment and grounds for suppression of evidence.

**MOTION DENIED AS MOOT**

THIS _24th_ DAY OF _January_ ,20 _06_

_/s/ L. Scott Coogler_

**UNITED STATES DISTRICT JUDGE**