IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-258-LSC |
| ) | |
| JASON JERNIGAN ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Jason Jernigan, by and through undersigned counsel, Anne E. Borelli, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 1st day of February, 2006.

Respectfully submitted,

s/Anne E. Borelli
ANNE E. BORELLI
AL Bar Code: BOR 016
Attorney for Defendant Jason Jernigan
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, Alabama  36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
EMAIL: Anne_Borelli@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-258-LSC |
| | ) | |
| **JASON JERNIGAN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    **s/Anne E. Borelli**
    **ANNE E. BORELLI**
    **AL Bar Code: BOR 016**
    Attorney for Defendant Jason Jernigan
    **FEDERAL DEFENDERS**
    **MIDDLE DISTRICT OF ALABAMA**
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    EMAIL: Anne_Borelli@fd.org