IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:05CR258-LSC-CSC |
| ) | |
| JASON JERNIGAN ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #21) filed on February 1, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **February 8, 2006**, at **2:30 p.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 2nd day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE