| COURTROOM DEPUTY MINUTES | DATE: 2/8/06 | FTR RECORDING: 2:58 - 3:01 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: MITCHELL REISNER | |

☐ ARRAIGNMENT  ✓ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: *CHARLES S. COODY*  DEPUTY CLERK: *WANDA STINSON*
CASE NUMBER: *2:05CR258-LSC-CSC*  DEFENDANT NAME: *JASON JERNIGAN*
AUSA: *KENT BRUNSON*  DEFENDANT ATTY: *ANN E. BORELLI*
USPO: DewDuyne Spurlock  Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO
Defendant ___ does ✓ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
 ✓ Guilty as to: ✓ Count(s) **3** of the **Indictment**.
  ☐ Count(s) **1+2**  ☐ dismissed on oral motion of USA;
  ☑ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.
 ☐ **ORDERED SEALED**.

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____ ; ✓ Sentencing on _____ ; ✓ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
 ☐ Trial on _____ ; or ☐ Sentencing on _____ ☐ set by separate Order.