# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.:  **2:05-CR-258-LSC** |
| ) | |
| **JASON JERNIGAN** ) | |

## NOTICE OF FILING OF EXHIBITS

    **NOW COMES** the Defendant, **JASON JERNIGAN**, by and through undersigned counsel, Anne E. Borelli, and respectfully notifies this Court that she has filed the attached Exhibits.

    Respectfully submitted,

    /**s**/**Anne E. Borelli**
    **ANNE E. BORELLI**
    **AL Bar Code: BOR 016**
    Attorney for Defendant Jason Jernigan

**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, Alabama   36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
EMAIL: Anne_Borelli@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.:  **2:05-CR-258-LSC** |
| | ) | |
| **JASON JERNIGAN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Kent Brunson, Esquire
>Assistant U.S. Attorney
>One Court Square, Suite 201
>Montgomery, Alabama  36104

>/s/Anne E. Borelli
>**ANNE E. BORELLI**
>**AL Bar Code: BOR 016**
>Attorney for Defendant Jason Jernigan

**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery Alabama 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
EMAIL: Anne_Borelli@fd.org