## IN THE JUVENILE COURT OF BUTLER COUNTY, ALABAMA

IN THE MATTER OF: )
)
JASON DAKOTA JERNIGAN, ) Case Nos. JU 01-38.17, 06-01 & 06-02
JOHN E. JERNIGAN, )
JESSIE JAMES JERNIGAN )

### ORDER

This matter came to be reviewed on March 28, 2006, pursuant to previous orders of the Court. Present in Court were Jason Jernigan, Kayla Jernigan, Billy McSwean, Crenshaw County Department of Human Resources; and Alicia Sexton, Crenshaw County Department of Human Resources; C. Brandon Sellers, III, Guardian ad Litem; Brandon Coots, attorney for Crenshaw County Department of Human Resources; Lewis S. Hamilton, attorney for Butler County Department of Human Resources; Charlotte M. Tesmer, attorney for Jason and Kayla Jernigan.

Following a discussion of the parties, this Court's Order of February 21, 2006, stands as is with the exception that due to the change in county residence of the parents, Kayla Jernigan and Jason Jernigan, the Butler County Department of Human Resources shall maintain protective supervision.

The parents of the minor children are encouraged to foster relationships between the minor children and their paternal grandparents, Doris Reaves and John Jernigan, as well as with Dakota Jernigan's maternal great-grandmother Mary Lawrence.

A further review of this cause shall be held on June 20, 2006 at 9:00 a.m.. At that time, Butler County Department of Human Resources shall be relieved of protective supervision if Jason Jernigan and Kayla Jernigan have met the requirements set by the Crenshaw and/or Butler County Department of Human Resources.

Should Jason Jernigan, Kayla Jernigan or the Butler County Department of Human Resources not meet the arrangements agreed upon by the Parties and contained in this Order the aggrieved party shall have the right to petition this Court for an immediate hearing.

Copies of this Order shall be served by United States First Class Mail, postage prepaid to the following:

John Jernigan
1291 Peavy Road
Georgiana, Alabama 36033

Jason and Kayla Jernigan
107 Ridge Road
Greenville, Alabama 36037

Mary Lawrence
113 High Road
Greenville, Alabama 36037

Jennifer Mayberry Shiver
11755 Montgomery Highway
Luverne, Alabama 36049

Doris Reeves
107 Ridge Road
Greenville, Alabama 36037

Billy McSwean
Crenshaw County DHR
Hwy 331. South
Luverne, Alabama 36049

Steve Townes
P. O. Box 1066
Greenville, Alabama 36037

Jon Folmar
P. O. Box 642
Luverne, Alabama 36049

Brandon Sellers
P. O. Box 432
Greenville, Alabama 36037

Charlotte M. Tesmer
P. O. Box 1076
Greenville, Alabama 36037

Alicia Sexton
Crenshaw County DHR
Hwy. 331 South
Luverne, Alabama 36049

Lewis S. Hamilton
505 E. Commerce St.
Greenville, Alabama 36037

Brandon Coots
P. O. Box 367
Luverne, Alabama 36049

DONE and ORDERED this the 29TH day of March, 2006.

_____
J. MacDonald Russell
District Court Judge

FILED IN OFFICE
ALLEN STEPHENSON
MAR 2 9 2006
CIRCUIT CLERK
BUTLER COUNTY