IN THE JUVENILE COURT OF BUTLER COUNTY, ALABAMA

IN THE MATTER OF:                )
                                 )
JASON DAKOTA JERNIGAN,           )   Case Nos. JU 01-38.17, 06-01 & 06-02
JOHN E. JERNIGAN,                )
JESSIE JAMES JERNIGAN            )

ORDER

This matter came to be heard on February 21, 2006, pursuant to previous orders of the Court. Present in Court were Jason Dakota Jernigan, Jason Jernigan, Kayla Jernigan, John Jernigan, Jean Jernigan, Doris Reaves, Billy McSwean, Crenshaw County Department of Human Resources; Adrienne Battle, Crenshaw County Department of Human Resources; C. Brandon Sellers, III, Guardian ad Litem; Brandon Coots, attorney for Crenshaw County Department of Human Resources; Lewis S. Hamilton, attorney for Butler County Department of Human Resources; Jon Folmar, attorney for Mary Lawrence; Steve Townes, attorney for Jennifer Mayberry Shiver; Charlotte M. Tesmer, attorney for Jason and Kayla Jernigan.

Upon agreement of all present and after careful consideration of the Court, temporary custody will remain with the Crenshaw Department of Human Resources with physical placement of Jason Dakota Jernigan with maternal great-grandmother, Mary Lawrence and placement of John E. Jernigan and Jessie James Jernigan with paternal grandmother, Doris Reaves.

John E. Jernigan and Jessie James Jernigan shall be enrolled in full-time daycare during the week.

Unsupervised visitation between Jason and Kayla Jernigan and the minor children shall be in their home every weekend from 6:00 p.m. Friday until 6:00 p.m. Sunday and other such times as the Crenshaw Department of Human Resources approves. The exchange of custody of Dakota Jernigan shall be made at the Greenville Police Department. The exchange of custody of John E. Jernigan and Jessie James Jernigan shall be made at any place mutually agreed upon by the parties.

Crenshaw County Department of Human Resources shall continue to offer

services to Jason and Kayla Jernigan. These services shall include, but are not limited to, the following: counseling with Allen Freet, joint counseling involving Dakota Jernigan and Jason Jernigan, random drug screening, daycare for John E. and Jessie James Jernigan, and in-home family options.

Jason and Kayla Jernigan shall participate in the above-mentioned services offered to them by the Department of Human Resources and supporting agencies.

This cause shall be set for review on March 28, 2006 at 9:00 a.m.. At that time, custody of the minor children shall returned to Jason and Kayla Jernigan with Crenshaw County Department of Human Resources maintaining protective supervision if Jason and Kayla Jernigan participate in and meet the requirements of the Crenshaw County Department of Human Resources as set out herein.

A further review of this cause shall be held on June 20, 2006 at 9:00 a.m.. At that time, Crenshaw County Department of Human Resources shall be relieved of protective supervision if Jason Jernigan and Kayla Jernigan have met the requirements set by the Crenshaw County Department of Human Resources.

Should Jason Jernigan, Kayla Jernigan or the Crenshaw County Department of Human Resources not meet the arrangements agreed upon by the Parties and contained in this Order the aggrieved party shall have the right to petition this Court for an immediate hearing.

Copies of this Order shall be served by United States First Class Mail, postage prepaid to the following:

John Jernigan
1291 Peavy Road
Georgiana, Alabama 36033

Jason and Kayla Jernigan
650 Jackson Trail Road
Honoraville, Alabama 36042

Mary Lawrence
113 High Road
Greenville, Alabama 36037

Jennifer Mayberry Shiver
11755 Montgomery Highway
Luverne, Alabama 36049

Doris Reeves
107 Ridge Road
Greenville, Alabama 36037

Billy McSwean
Crenshaw County DHR
Hwy 331. South
Luverne, Alabama 36049

Steve Townes
P. O. Box 1066
Greenville, Alabama 36037

Jon Folmar
P. O. Box 642