L. V. STABLER MEMORIAL HOSPITAL
GREENVILLE, AL 36037

Patient Name: JERNIGAN, JASON E
Ordering Physician: Wilke, A.
DOB: 06/07/1976
Exam Dt: 10/17/2005

Room #: ER
Account #: 919435
Film #: 115703

1 OF 1                              RADIOLOGY REPORT

Pain

LEFT ANKLE, FIVE VIEWS:

The patient has had internal fixation of distal diaphyseal fibular fractures by a sideplate with interosseous screws. Two screws extend through the sideplate and distal fibula into the distal tibia as well. Major fibular fragments are in near anatomic alignment. There are two screws present within the medial malleolus. Medial malleolar fracture alignment is anatomic. There is soft tissue swelling.

IMPRESSION:
Internal fixation of distal fibular and medial malleolar fractures, the fragments are in reduced position.
Soft tissue swelling.

George Wakefield, M.D.

DD: 10/18/2005
DT: 10/18/2005
GW/pc

RADIOLOGY REPORT