**AFFIDAVIT**

STATE OF ALABAMA   )
                   :
MONTGOMERY COUNTY )

  Before me, a notary public in and for said State and County, personally appeared Rena' Ross, Investigator, who, after first being made known to me through proper identification and after first being duly sworn by me, deposes and states as follows:

  My name is Rena' Ross and I am over the age of nineteen (19) years. I reside at 7828 Copperfield Drive, Montgomery, AL 36117.

  On May 23, 2006, I spoke with Ms. E. Judkins with the Montgomery Social Security office. Ms. Judkins verified at that time that Jason Jernigan (SS#: 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) is currently receiving $603.00 in SSI benefits and $91.00 in Social Security benefits. Ms. Judkins further stated that Mr. Jernigan's children are not receiving social security benefits as his dependents due to the fact that the amount of social security benefits that Mr. Jernigan is entitled to are too low. Ms. Judkins advised me that upon Mr. Jernigan being sent to prison his benefits will cease effective that month.

  Mrs. Kayla Jernigan has reported that she has applied for disability benefits and is being represented by Attorney Brandon Sellers. On today's date I spoke with Mr. Sellers regarding Mrs. Jernigan's disability claim. Mr. Sellers reported that Mrs. Jernigan's initial claim for disability was denied in March 2006. He stated that they are in the process of an appeal, but a hearing date for the appeal has not yet been set. Mr. Sellers stated that Mrs. Jernigan's disability appeals hearing is not likely to be held prior to January or February 2007.

  On May 23, 2006, I also spoke with Mrs. Mea Smith. Mrs. Smith is a public assistance worker with the Montgomery County Department of Human Resources. I questioned Mrs. Smith regarding any benefits that Mrs. Jernigan may qualify for if or when Mr. Jernigan is sent to prison. Mrs. Smith advised that Mrs. Jernigan would qualify for Aid to Families with Dependent Children (AFDC). She stated that this amount is approximately $190.00 per month. Mrs. Smith also stated that Mrs. Jernigan would qualify for food stamp benefits. Mrs. Smith was unable to provide an exact amount that Mrs. Jernigan would receive without having knowledge of the exact amount of family income, family contributions, or family assets. Mrs. Smith advised that Mrs. Jernigan would have to apply for these benefits in the county in which she and the children reside, but once again, she would not be eligible for these benefits unless Mr. Jernigan is not in the home.

  Further affiant saith not.

_____
Affiant

Sworn to and subscribed before me on this the 26th day of May, 2006.

_____
Notary Public

My Commission Expires:

7-23-06                    (Seal)