AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JASON JERNIGAN
Case Number:   2:05-CR-0258-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of EIGHTEEN (18) months as to Count 3.

The Court recommends to the Bureau of Prisons that the defendant be evaluated both physically and psychologically and placed in a facility which can provide the appropriate treatment if deemed necessary. The Court also request the defendant be housed as close to his family in Greenville, AL, but the physical and psychological treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or the designated institution by 2:00 p.m. on July 10, 2006.

RECEIVED AND FILED

JUL    2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF AL

2006 JUL 27  P 12: 10    RECEIVED

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on __7/10/06__ to __FCI TDC__ at __Talladega, AL__
_____, with a certified copy of this Judgment.

_____
United States Marshal

By     _____
Deputy Marshal