# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

PETITIONER:
JASON JERNIGAN

VS.

CASE NO. 2:05-CR-0258-LSC

UNITED STATES OF AMERICA;
& WARDEN ZENK;   RESPONDANT;

## MOTION TO COMPEL COMMUNITY CONFINEMENT

COMES NOW PETITIONER, JASON JERNIGAN, FEDERAL NO. 11838-002, TO HEARTFULLY PETITION THIS HONOURABLE COURT TO INTERVENE ON PETITIONER'S BEHALF. PETITIONER'S OUTDATE IS 10/30/07. PETITIONER FEELS, AND SEEKS THIS COURT'S CONCURRANCE IN MOVING MR. ZENK, WARDEN AT F.C.I. ATLANTA, TO GRANT PETITIONER HALF-WAY HOUSE OR HOME CONFINEMENT.

REASONING IS IN THE BEST INTEREST OF THE BUREAU OF PRISONS AND THE COMMUNITY-AT-LARGE. PETITIONER HAS ENDEAVORED TO DISPLAY HIS REHABILITED BEHAVIOR WHILE INCARCERATED. HE HAS RECEIVED NO INCIDENT REPORTS. PETITIONER HAS FAITHFULLY FOLLOWED THE FEDERAL BUREAU OF PRISONS MANDATE TO 'PROGRAM'. THIS IS A BUREAU TERM MEANING TAKING CLASSES, BETTERING ONE'S SELF, AND RESPECTING AND ABIDING BY STAFF POLICY.

PETITIONER HAS PERFORMED THE BUREAU'S PARENTING CLASS, WHICH HAS INSTILLED IN HIM VALUABLE KNOWLEDGE TO AID HIM IN THE PARENTING OF HIS (3) YOUNG CHILDREN. PETITIONER WILL ALSO COMPLETE AN ANGER MANAGEMENT CLASS THIS VERY WEEK.

IN SUCH VEIN, BUREAU POLICY §570.20 & §570.21 ALLOWS FOR COMMUNITY CONFINEMENT. CANDIDATES FOR THIS PROGRAM ARE EXEMPLIFIED BY THIS PETITIONER.

THE FEDERAL BUREAU OF PRISONS AND THE COMMUNITY-AT-LARGE BENEFIT IN PRISON OVERCROWDING BEING REDUCED; THEREBY LESSING COMMUNITY COST. AND, OF COURSE, THAT IS ONLY AN ANCILLARY BENEFIT. THE BENEFIT INMATES CAN READILY SEE AND UNDERSTAND IS THAT THEY CAN RECEIVE COMMUNITY CONFINEMENT BY BEING MODEL INMATES. IN ADDITION, MODEL INMATES BENEFIT PRISON STAFF, WHICH FUTHER BENEFITS THE COMMUNITY. SUCH BENEFITS EVERYONE. SUCH SHOULD BE ENCOURAGED; NOT DISCOURAGED.

PETITIONER ADDITIONALLY SEEKS THIS COURT'S INTERVENTION FOR THE BETTERMENT OF HIS FAMILY. HIS (3) BOYS, AGES 10, 3, & 4 CAN BENEFIT FROM PETITIONER'S COMMUNITY CONFINEMENT. PETITIONER'S INCREASED PRESENCE CAN HELP DETER PROBLEMATIC ISSUES ALREADY VISIBLE IN THE ELDEST BOY. NO DISSERTATION NEED BE GIVEN CONCERNING CHILDREN, ESPECIALLY BOYS, NEEDING THEIR FATHER. PETITIONER IS SURE, AND HOPES THIS COURT CAN CONCUR THAT THE EARLIEST POSSIBLE INTERVENTION CAN HELP STEM POSSIBLE IRREVERSIBLE DAMAGE TO PETITIONER'S FAMILY; AND THIS COURT, THE COMMUNITY, AND PETITIONER CAN NOT ARGUE THE BENEFITS OF A STABLE AND LOVING FAMILY UNIT ON EVERYONE CONCERNED.

CONSEQUENTLY, PETITIONER HEARTFULLY MOVES THIS HONOURABLE COURT TO INTERVENE ON HIS BEHALF WITH THE BUREAU WARDEN, MR. ZENK, AND SEEK COMMUNITY CONFINEMENT FOR PETITIONER.

PETITIONER WISHES TO THANK THIS COURT IN ITS CONSIDERATION AND ENDEAVOR IN PETITIONER'S PLEA.

RESPECTFULLY SUBMITTED;



JASON JERNIGAN
FEDERAL NO. 11838-002
DATED: 4/15/07