RECEIVED
2007 MAR 26  A 11: 02
RA P. HACKETT CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case # 2:05-CR-0258-LSC
USM # 11838-002
Defendant Jason Jernigan
USP Atlanta PO Box 150160
Atlanta Georgia 30315

MR. Coogler

Thank you for taking time to hear from me. You sentenced me to 18 months In the B.O.P. In that time I have allready served I'm SHOT FREE, Now I have 7 months and 1 week to go, 5½ months if I was to Recieve half way house. Now the reason I'm wrighting you Is to SEE if you will court order me time in the half way house or if you will court order me some home confinment. I have checked in to Both here at U.S.P. Atlanta and was told that since I'am Disabled that I could and would not recieve any half way or home confinment, If I do not get my half way house It will take me a while once I get to the streets in order to Restart my disabily Benifits. Is in right Just to Release me back to the Free world with out a way to take care of myself or my family I FEEL like I'm being discreminated against, also I FEEL like my constitunal rights have and are being directly violated. Even the B.O.P. has found me disabled and I'm sending you proof of that with this letter SIR I made a mistake I'm paing for that mistake. but I FEEL that I should atleast get what I'm suppose to get. I'm doing my part By Being shot Free and programing, I have allready Taken Parenting I'm now taking a Anger managment course. Please do what you can for me

THANK you

Jason Jernigan.

# UNITED STATES PENITENTIARY
## ATLANTA, GEORGIA

### IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: Jernigan, Jason    UNIT: A1    DETAIL: Kitchen    DATE: 2/1/07    REG. NO. 11838-002

For Medical purposes, the Inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

**MEDICAL CLASSIFICATION STATUS:** (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 20 ____

(✓) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 20 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 20 ____

(X) TOTALLY DISABLED: Medical exacerbation of asthma care 8/07

( ) FULL DUTY: _____

N. Tapper, LCDR
FNP-BC
USP/FPC Atlanta
Physician or Physician Assistant

**DEFINITIONS AND INSTRUCTIONS**

IDLE STATUS - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

WHITE - FILE COPY    CANARY - MEDICAL RECORDS    BLUE - DETAIL SUPERVISOR    PINK - UNIT OFFICER