UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| Plaintiff(s), | ] | |
| vs. | ] | 2:05-CR-0258-LSC |
| JASON JERNIGAN, | ] | |
| Defendant(s). | ] | |

Order

The defendant, acting pro se, filed a letter with the Court asking that the sentence in the instant case be reduced or modified to allow him to be released to a halfway house or home confinement. It is the finding of the Court that the defendant's request should be and hereby is **DENIED**.

This Court does not have the authority to modify or reduce the sentence since this Court is without jurisdiction to modify the originally-imposed sentence. See *United States v. Diaz-Clark*, 292 F.3d 1310 (11th Cir. 2002).

Done this <u>25th</u> day of <u>May 2007</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153