PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

RECEIVED

2008 MAR 10  P 2: 49

for the

MIDDLE DISTRICT OF ALABAMA

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jason Jernigan                Case Number:  2:05cr258-LSC

Name of Sentencing Judicial Officer: The Honorable L. Scott Coogler, U.S. District Judge

Date of Original Sentence: May 30, 2006

Original Offense: Felon in Possession of a Firearm

Original Sentence: 18 months incarceration followed by a three (3) year term of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 30, 2007

Assistant U.S. Attorney: Kent B. Brunson         Defense Attorney: Anne E. Borelli

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1**<br>**Mandatory**<br>**Condition: "The defendant shall not commit another federal, state or local crime."** | On March 8, 2008, Jason Jernigan and Faith Blake, his girlfriend, began arguing. The argument escalated and Jernigan punched Blake in the stomach, causing her to go to the hospital where she was treated and left against medical advice. On March 9, 2008, Jernigan and Blake began arguing again and Jernigan forced Blake into a closet and told her if she came out he would "slit her throat". Local police were called to the home and a felony charge of Aggravated Assault (Threat with a Knife) along with a misdemeanor charge of Unlawful Restraint will be pursued. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 10, 2008___

_____
David A. Conoly
United States Probation Officer

Reviewed and approved: _____
David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date