IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05-CR-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## ORDER

For good cause, it is

**ORDERED** that a FED.R.CRIM.P. 32.1 preliminary hearing on the petition to revoke the defendant's supervised release be and is hereby set for **March 17, 2008, at 10:00 a.m.**, **before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4-B**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing. If the defendant seeks release pending a final revocation hearing, the parties are reminded that pursuant to FED. R. CRIM. P. 32.1(a)(6), the burden is on the defendant to demonstrate by clear and convincing evidence, *see* 18 U.S.C. § 3143(a), that the defendant will not flee or is not a danger to any other person or to the community.

Done this 12th day of March, 2008.

   /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE