IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:05cr258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the FED. R. CRIM. P. 32.1 preliminary hearing on the petition to revoke the defendant's supervised release presently set for **March 17, 2008** be and is hereby **RESET** for **March 21, 2008 at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 17th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE