IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 17th day of March, 2008.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/Nathan D. Stump
                    NATHAN D. STUMP
                    Assistant United States Attorney
                    131 Clayton Street
                    Montgomery, AL 36104
                    Phone: (334) 223-7280
                    Fax: (334) 223-7135
                    E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Anne E. Borelli, Esq.

           Respectfully submitted,

           /s/Nathan D. Stump
           NATHAN D. STUMP
           131 Clayton Street
           Montgomery, AL 36104
           Phone: (334)223-7280
           Fax: (334)223-7135
           E-mail: nathan.stump@usdoj.gov