IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05-CR-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

**ORDER**

Upon consideration of the defendant's waiver of preliminary hearing (doc. # 49), it is

ORDERED that the waiver be and is hereby ACCEPTED and that the preliminary hearing set for March 21, 2008, be and is hereby CANCELLED. Pursuant to FED.R.CRIM.P. 32.1(a)(6) the defendant will be detained pending a final revocation hearing.

Done this 21st day of March, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE