IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CASE NO. 2:05-cr-258-MEF
                                  )                    (WO)
JASON JERNIGAN                    )

# **O R D E R**

It is hereby ORDERED that a revocation hearing is set in this case for April 11, 2008

at 8:30 a.m. in the United States Courthouse, One Church Street, Courtroom 2A,

Montgomery, Alabama.

DONE this the 25th day of March, 2008.


                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE