IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:05-cr-258-MEF-CSC |
| ) | |
| **JASON JERNIGAN** ) | |

## UNOPPOSED MOTION TO CONTINUE
## REVOCATION HEARING

**COMES NOW** the Defendant, Jason Jernigan, by and through undersigned counsel, and moves to continue the revocation hearing set for April 11, 2008. In support of this motion, Mr. Jernigan would show the following:

1. Mr. Jernigan was arrested on a petition to revoke his supervised release on March 11, 2008. (Doc. # 44.) Allegations in the petition were based on events supposedly occurring in Splendora, Texas.

2. Although undersigned counsel conducted extensive investigation in Texas last week, further investigation remains to be done which cannot be completed by April 11.

3. For purposes of the revocation hearing, a number of witnesses will need to be subpoenaed from Texas, including persons whose names were not known to counsel until the investigation was conducted last week. Serving subpoenas and arranging for these witnesses' travel will require more time than the four days remaining before April 11.

4. Additionally, a material witness will not be available to testify until April 21, 2008.

5. The Government does not oppose continuing the revocation hearing.

**WHEREFORE**, for the reasons stated above, Mr. Jernigan requests that this Court continue his revocation hearing to a date on or after April 21, 2008.

Dated this 7th day of April 2008.

        Respectfully submitted,

        /s/ Anne E. Borelli
        ANNE E. BORELLI
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:anne_borelli_@fd.org
        AL Bar Code: ASB-2419-/A52B

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, and Nathan Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

/s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli@fd.org
AL Bar Code: ASB-2419-/A52B