IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## **O R D E R**

Upon consideration of defendant's Unopposed Motion to Continue Revocation Hearing (Doc. #63) filed on April 7, 2008, it is hereby

ORDERED that the motion is GRANTED. The revocation hearing set for April 11, 2008 is continued to May 8, 2008 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 7th day of April, 2008.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE