# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05-cr-258-MEF |
| ) | |
| JASON JERNIGAN ) | |

### DECLARATION OF JEFFERY D. LOCHORE

My name is Jeffery D. Lochore, and I am an adult person over the age of nineteen (19) years. I am the owner of JDL Properties, Inc., located at 1395 Northpark Drive, Kingwood, Texas. I have been asked by Anne Borelli, Assistant Federal Defender, to make this declaration attesting to my personal knowledge of Mr. Jason Jernigan and Ms. Faith Blake. I understand that this declaration will be used as part of Mr. Jernigan's federal revocation proceedings in Alabama. With that knowledge, I voluntarily swear or affirm as follows:

1. On February 21, 2008, Mr. Jernigan and Ms. Blake entered into a contract with JDL Properties for the purchase of a lot and mobile home located at 27981 Pin Oak Drive in Splendora, Texas.

2. Mr. Jernigan and Ms. Blake agreed upon a down payment of $1,000.00 of which $500.00 was paid at the time of signing with the balance due on or before March 15, 2008. An agreement was made that some or all of the remainder of the down payment would be forgiven in exchange for improvements on the mobile home to be performed by Mr. Jernigan. Neither the balance of the down payment nor arrangements for payment of the balance of the down payment were made and, therefore, a Notice of Cancellation of Contract for Deed was mailed on March 31, 2008.

3. I have owned and sold numerous properties with mobile homes located on them and have knowledge and experience of the types of wiring used in them. There are at present no telephone jacks in the interior of the mobile home, and it appears that no telephone jacks have ever been installed inside this home.

4. All telephone contact that I or my office had with Mr. Jernigan and/or Ms. Blake was made to or from their cellular telephones.

5. At the time of my last contact with Ms. Blake, she indicated that Mr. Jernigan had beaten her and forced her into a closet. She further stated that she had emergency surgery to remove two feet of her intestines to stop the bleeding and that she almost died as a result of this alleged beating. I made a note of what Ms. Blake told me and placed it in the Jernigan/Blake file maintained at my place of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 45th day of April, 2008, in Kingwood, Texas.

JEFFERY D. LOCHORE

Witnessed by:

Tammy L. Thompson, Secretary