# EXHIBIT C









