# EXHIBIT D

## Montgomery County Sheriff's Office
## Supplement

CASE NUMBER: 08A004225
SYNOPSIS:
OFFENSE: UNL RESTRAINT
CAD NATURE: FAMILY VIOLENCE PAST
COMPLAINANT: BLAKE, FAITH
WITNESS:
DEFENDANT/SUSPECT: JERNIGAN, JASON EARL

### SUPPLEMENT SECTION

On 04/03/08 I met with Federal Defender Anne Borelli at the Major Crimes Office in Conroe in reference to this case. Borelli is the Defense Attorney for Jernigan in the Federal Court System in the Middle District of Alabama. Borelli advised she has identified multiple subjects who have back ground information in this case. The information from the home owner where the offense was said to have occurred gave Borelli a statement saying there have not been phone jacks in the house where Jernigan and Blake lived since they moved into the house. Borelli did not identify the home owner. Borelli also stated she obtained a copy of the medical records at Cleveland Hospital regarding this case and found Blake was not treated on 03/09/08 as stated in the report and Blake's written statement.

On 04/07/08 I obtained a Grand Jury Subpoena from the Montgomery County District Attorney's Office for the medical records from Cleveland Hospital. On 04/08/08 I executed the subpoena and collected the records, any and all records from 03/01/08 to 03/10/08 and found there were not records for 03/09/08 as Blake stated in the original statement and report. A copy of the records was placed in the records division as part of this case file. The original and the original subpoena were returned to the District Attorney's Office.

After reviewing the information I immediately notified ADA J. Helms at the District Attorney's Office and advised him of this information. ADA Helms advised if the medical records or medical visit could not be documented then this case would not be prosecuted and the warrant for Jernigan recalled.

On 04/08/08 I called the Montgomery County Women's Center where Blake was rumored to be staying in an attempt to find out if she possibly went to another medical facility in Cleveland. The personnel would not confirm or deny if she was in the facility but stated if she was they would pass on a message to her to contact me. There was no return call on 04/08/08. I received a call on 04/09/08 from Blake who agreed to meet with me on 04/11/08 at 1430 hours.

On 04/09/08 I delivered the executed subpoena and medical records to ADA Jeff Helms. I reviewed the new information in this case and the contradictions with

the records and Blake's statements. ADA Helms advised this case was being refused for prosecution and the warrant for Jernigan's arrest was recalled. I confirmed that the recall notice from ADA Helms was received in the Montgomery County Sheriff's Office Warrants Division and a copy of the recall notice was filed with records for this case file.

The charges against Jernigan are refused and this case will be cleared unfounded.

**CONCLUSION**: Unfounded

Detective Michael Landrum
Major Crimes Unit #6004
04/09/08
mjl