# EXHIBIT E



# Michael A. McDougal

District Attorney
the Judicial District

207 W. Phillips - 2nd Floor
Conroe, Texas 77301

Conroe (936) 539-7800
Fax (936) 760-6940

April 9, 2008

Attn: Ramona Cook
Warrants Division

Re: Jason Earl Jernigan, D.O.B: 06/07/1976
Warrant #21761

A warrant was issued for the above subject on March 13, 2008 for aggravated assault. After further review our office would ask that the warrant be recalled. Thank you for your cooperation in this matter. If you have any questions please contact our office at 936-539-7800.

Jeff Helms
Assistant District Attorney

## INTAKE EVALUATION

DEFENDANT(S): Jason Earl Jernigan

AGENCY: MCSO                              AGENCY CASE NO. 08A 4225

OFFENSE: Egg Assault                      INVESTIGATOR: M Landrum

―――――――――――――――――――――――――――――――――――――――――――――――――

(✓)   The above case has been REFUSED for prosecution at this time for following reason(s):

According to Det Landrum the c/w fabricated story that she went to the Cleveland Hospital's E.R., so this c/w's report has no credibility

***The District Attorney's Office will re-evaluate this case for filing upon receipt of any new information which you deem pertinent. The Offense Report is attached for your records.***

( )   The above case is being DEFERRED for further investigation. In order for this office to re-evaluate the file. We will need the following:

  ( )   An Offense Report from Officer(s) _____

  ( )   A supplementary Offense Report from Officer(s) _____

  ( )   A Witness statement from _____

  ( )   A non-consent form from _____

  ( )   Weight of controlled substance.

  ( )   Other: _____

        Explanation: _____

4-8-08                                          Jeff Helmy
Date                                            Assistant District Attorney

## INTAKE EVALUATION

COPY

DEFENDANT(S): Jason Earl Jernigan

AGENCY: MCSO                    AGENCY CASE NO. 08 A 4225

OFFENSE: Agg Assault            INVESTIGATOR: M Landrum

(✓)  The above case has been REFUSED for prosecution at this time for following reason(s):

According to Det Landrum the c/w fabricated story that she went to the Cleveland Hospitals' E R, so this c/w's report has no credibility

***The District Attorney's Office will re-evaluate this case for filing upon receipt of any new information which you deem pertinent. The Offense Report is attached for your records.***

( )  The above case is being DEFERRED for further investigation. In order for this office to re-evaluate the file, We will need the following:

( )  An Offense Report from Officer(s) _____

( )  A supplementary Offense Report from Officer(s) _____

( )  A Witness statement from _____

( )  A non-consent form from _____

( )  Weight of controlled substance.

( )  Other: _____

Explanation: _____

4-8-08
Date

Jeff Helmy
Assistant District Attorney