IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05cr258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

### UNOPPOSED MOTION TO DISMISS REVOCATION PETITION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to dismiss without prejudice the revocation petition filed against the defendant on March 11, 2008 (docket #44).  In support of its Motion, the Government avers that, based upon the information currently available – including all of the exhibits attached to the Defendant's Expedited Unopposed Motion to Dismiss the Petition for Revocation of Supervised Release (docket #65) – there is insufficient evidence to support the Petition.  The Government requests that the dismissal be without prejudice to a subsequent petition, should any new evidence come to light.  The United States Probation Office and the Office of the Federal Public Defender do not oppose this Motion.

Respectfully submitted this the 11th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05cr258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## CERTIFICATE OF SERVICE

      I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 11th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Anne Borelli, Esq., counsel for Defendant Jason Jernigan.

      Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov