IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## **O R D E R**

Upon consideration of the government's Unopposed Motion to Dismiss Revocation Petition (Doc. #66) filed on April 11, 2008, it is hereby

ORDERED that the motion is GRANTED and the petition for revocation is DISMISSED. The revocation hearing set for May 8, 2008 is CANCELLED. Mr. Jernigan shall be released from custody.

DONE this 11th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE