IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-258-MEF |
| | ) | |
| JASON JERNIGAN | ) | |

## **O R D E R**

Upon consideration of the defendant's Emergency Motion to Dismiss Revocation of Supervised Release (Doc. #65) filed on April 10, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 11th day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE